■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN J. BALL, Appellant. [983 NYS2d 751]—Appeal from a judg-

---

ment of the County Court of Broome County (Smith, J.), rendered May 24, 2012, convicting defendant upon his plea of guilty of the crime of forgery in the second degree.

Judgment affirmed. No opinion.

Stein, J.P., McCarthy, Garry and Egan Jr., JJ., concur. Ordered that the judgment is affirmed.